## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMADA AMERICA, INC.,**<br>**Plaintiff** | : | **No. 3:10cv1942** |
| | : | |
| | : | **(Judge Munley)** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ALBRIGHT PRECISION, INC.,**<br>**Defendant** | : | |

### ORDER

**AND NOW,** to wit, this _____ day of April 2011, a review of the docket indicates that defendant's brief in opposition to plaintiff's motion for summary judgment (Doc. 13) is past due.  The court directs the defendant to file a brief in opposition to the motion within **ten (10)** days of the date of this order or the motion may be granted as unopposed..

BY THE COURT:

JUDGE JAMES M. MUNLEY
UNITED STATES DISTRICT COURT